UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-04236-AB | Date: | April 27, 2016 |
|---|---|---|---|

Title: *In re Janice Rene Haynes (Janice Rene Haynes v. Timothy Yoo)*
Bankruptcy No.: 2:14-bk-31355-NB

Present: The Honorable  ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**  [In Chambers] Order DISMISSING Appeal for Lack of Prosecution

Despite the Court's Order to Show Cause (Dkt. No. 10) and two extensions of the deadline to do so (Dkt. No. 14, 18), Appellant still has not filed all of the documents required by Fed. R. Bankr. Proc. 8009(a)(4). The Court therefore **DISMISSES** this appeal, without prejudice, for failure to prosecute.

**IT IS SO ORDERED.**

**CC: BK Court**