JANICE HAYNES
4859 West Slauson Avenue #174
Los Angeles, CA 90056
(310)529-0581

Appellant, Pro Se

FILED
2016 MAY -3 PM 3:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JANICE HAYNES, | CASE NO. 2:15-CV-04236-AB |
| Appellant, | EX PARTE |
| vs. | APPLICATION FOR ORDER FOR FOR RECONSIDERATION OF OF ORDER DISMISSING CASE AND TO CORRECT FILING ERROR OF TIMELY SUBMITTED DOCUMENT |
| TIMOTHY YOO, | |
| Appellee. | |
| | Date: To Be Determined By Court |
| | Time: |
| | Courtroom: xx  312 North Spring St., Los Angeles, CA 90012 |
| | Hon. Andre Birotte Jr., Judge, Presiding |

Appellant Janice Haynes hereby applies ex parte on an application for order for Reconsideration of Order Dismissing Case and to Correct Filing Error of Timely Submitted Document, and attaches Declarations Re Ex Parte Notice and Urgency, Memorandum of Points and Authorities, and Proposed Order.

---

EX APPLICATION FOR ORDER FOR RECONSIDERATION OF ORDER DISMISSING CASE AND TO CORRECT      Page 1
FILING ERROR OF TIMELY SUBMITTED-J.HAYNES

This application is sought based on the following:

1. in submitting her Appellant's Response To Order To Show Cause, Order dated March 25, 2016, and in a timely manner, Appellant inadvertently, and by mistake entered the wrong case number. As a result, the papers were categorized with the case number indicated, which in fact is an associated and related case. Further because they were not filed with the proper case, the Court deemed them not to have been filed at all, and for failure to respond to the Court's OSC, the case was summarily dismissed.

Dated: May 3, 2016

*/s/ Janice Haynes*
JANICE HAYNES, Appellant, Pro Se

# DECLARATION RE EX PARTE HEARING
## ADVANCE NOTICE
### IN SUPPORT OF ORDER SHORTENING TIME, ETC.

I, JANICE HAYNES, declare:

1. That I am the Debtor in this case appearing pro se, and if called to testify in my own behalf re this ex parte application, I would do so both competently and accurately.

2. That on May 2, I contacted the Law Offices Of Levene, Neale, Bender, Yoo & Brill, located at 800 South Figueroa Street, Suite 1260, Los Angeles, CA 90017, by phone at (310)229-1234 and reached receptionist Stella, a person authorized to receive ex parte hearing advance notices, and advised her as follows:

> "This is to advise you that on May 3, 2016, in courtroom, of United States District Court, Central District of California, located at 312 North Spring St., Los Angeles, CA 90012, in Case No. 2:15-cv-04236AB, In re Janice Haynes, Appellant, I, Janice Haynes will be appearing ex parte on an application for Reconsideration of Order Dismissing Case and to Correct Filing Error of Document Timely Submitted.

3. I advised the attorney for whom the message was taken, Irv Gross, that I needed to know if he would be opposing the action, but at the time of the preparation of this document before filing, I have not received a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is both true and correct. Executed this 3rd day of May, 2016.

///

# DECLARATION RE EX PARTE URGENCY
# IN SUPPORT OF
# EX PARTE APPLICATION FOR ORDER FOR RECONSIDERATIOIN, ETC.

**I, JANICE HAYNES, declare:**

1. That I am the Appellant in this case appearing pro se, and if called to testify re my ex parte application for order for reconsideration, I would do so both competently and accurately.

2. That on April 27, 2016, the Honorable Andre Birotte, Judge, dismissed my case for failure to prosecute. This ruling was based on the fact that it appeared that I failed to timely respond, or at all to his OSC re Why Case Should Not Be Dismissed For Failure To Complete The Record On File.

3. That in fact I did respond timely, but unfortunately when filing my response, I filed it with a wrong case number, taken from an associated and related case, also at this court level. Instead of filing the document with U. S. District Court Case No. 2:15-cv-04236-AB, I filed it with Case No.: 2:15-cv-07159-AB. As a result the document went in to the wrong file, and the record on file showed nothing filed in "04236." See *Exhibit "A."*

4. That with no record of the document having been filed in response to the OSC, and the OSC was in re tothe Court asking to be shown why the case should not be dismissed in the first place, the Court dismissed the action.

I declare under penalty of perjury under the laws of the United States Of

1  America that the foregoing is both true and correct.

2  Dated:  May 3, 2016

3                                              JANICE HAYNES, Debtor,

4                                              pro se

5

6  ///

7  ///

8  ///

9

# MEMORANDUM OF POINTS AND AUTHORITIES
# IN SUPPORT OF
# EX PARTE APPLICATION FOR ORDER FOR RECONSIDERATION, ETC.

## I.

## Introduction

Appellant Janice Haynes has had her case on appeal dismissed by the court in the instant action supposedly for failure to prosecute.

Though the Court was unaware of the fact, this is not correct, but understandably so because of an error inadvertently committed by Appellant Haynes. She had been asked by the Court to appear on an OSC to show why her case should not be dismissed for failure to complete the record on file to perfect her appeal. In fact she did so, but in responding to the OSC, she prepared and filed it with the incorrect case number from an associated and related case. Because she did this, her response went into the wrong file, and as a result, the Court was caused to believe that she not only failed to complete the record on appeal, she failed to respond to the OSC requesting to know why, and dismissed her case.

With this explanation the appellant is seeking immediate recovery of the life of her case, and has file this ex parte application to assist her in doing so.

## II.

## Statement Of Facts

Appellant Haynes states facts in support of her ex parte application as follows:

1. the Response to OSC re dismissal, was filed on April 11, 2016.

2. the Response to OSC was filed with the wrong case number, and did not go into the proper file for timely review by the Court.

III.

Argument

A. **THE COURT HAS THE INHERENT AND STATUTORY POWER TO SET ASIDE A DISMISSAL OF AN ACTION DUE TO MISTAKE, INADVERTENCE, OR EXCUSABLE NEGLECT, ETC.**

Appellant Janice Haynes in responding to an OSC re Dismissal, she prepared and filed it with the incorrect case number from an associated and related case. Because she did this, her response went into the wrong file, and as a result, the Court was caused to believe that she not only failed to complete the record on appeal, she failed to respond to the OSC requesting to know why, and dismissed her case.

She is now seeking on an urgent basis to revive her case pursuant to *Federal Rules of Civil Procedure Section 54(b)*. Relative to that statute, in *Official Comm. of Unsecured Creditors v. Coopers & Lybrand, LLP, 322 F.3d 147, 167 (2d Cir. 2003),* the Second Circuit requires, as a rule, one of three tests to be satisfied: "an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent a manifest injustice.'" *Id.*

In looking at the instant case the "need to correct a clear error or prevent a manifest injustice, whether by the Court or a party appears to be clear and apparent.

With what would not appear to be a complicated decision for the this Court to make, and in the interest of justice, on reconsideration, the Court's decision on reconsideration in this matter is more than reversible, and in fact should be reversed.

## Conclusion

Appellant Haynes did in fact file her response to the Court's OSC, but in error filed it with the wrong case number causing it to be filed with that case, and thus was not timely filed the Court.

Upon just and proper reconsideration of the filing error, the Court on should rescind its order dismissing the action, and subject the erroneously filed document for full review.

**WHEREFORE** Appellant prays that the Court grant her ex parte application and rescind the order dismissing her case.

Dated: May 3, 2016                                              Respectfully Submitted,

*[signature]*
JANICE HAYNES, Plaintiff,
pro se

///

///

**EXHIBIT A**

1  JANICE HAYNES
   4859 W SLAUSON AVE # 174
2  LOS ANGELES, CA 90056
   (310) 529-0581
3  e-mail twosweet88@yahoo.com

FILED
2016 APR 11 PM 2:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT

| | |
|---|---|
| JANICE HAYNES<br><br>Appellant,<br><br>v.<br><br>TIMOTHY YOO, TRUSTEE<br><br>Appellee. | APPELLANT's REPONSE TO ORDER TO SHOW CAUSE ORDER OF March 25, 2016<br>Case No. 2:15-cv-07159-AB |

On March 25, 2016, Judge Andre' Birotte issued an Order to Show Good Cause why Appellant's appeal against Order from U.S Bankruptcy Court should be dismissed for deficiencies. Janice Haynes Debtor/Appellant's submits this Response together with related documents communication evidence (hereafter attachment) in support of her appeal together with a brief answer to show cause as to why her Appeal should not be dismissed.

On March 10, 2016 the Bankruptcy clerk issued the deficienc\. notice to this court). Appellant inquired as to why the notice of deficiency was issued for the transcripts. After multiple phone calls, e-mails and visits to the filing window, it was discovered that I had inadvertently submitted the transcript order forms with two dates when there were no court appearances. Instructed to amend

APPELLANT'S RESPONSE TO ORDER TO SHOW JUST CAUSE ORDER

1. the transcript order form and the certificate will be issued. I have amended the order form to correct
2. the my mistake. Appellant pursuant to **F.R.B.P 60** Relief )b) Grounds for relief from a final
3. Judgment, order, or other proceedings. (i) mistake, inadvertence, surprise, or excusable neglect.
4. Appellant has paid the fees and ordered the transcripts. This case is in conjunction with Case No.
5. 2:15-cv-04236-AB that was filed May, 2015.

Dated April 11, 2016

*/s/ Janie Hayne*

APPELLANT'S RESPONSE TO ORDER TO SHOW JUST CAUSE ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
106 ½ Judge John Aiso St. Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled (*specify*): __Ex Parte Application for Reconsideration Of Order Dismissing Case _____

_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May _3, 2016_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/03/2016 | Shelby Cox | Shelby Cox |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE